This video was made possible in part by a grant from the U.S. Department of Health and Human Services. This video was made